USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                   :
EMR GRAPHICS LLC,                   :

                     Plaintiff,        :     **ORDER**

            -v-                         :     19-CV-4004 (VM) (JLC)

PHIL PARADISE,                    :

                   Defendant.    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     By letter endorsement dated November 8, 2019 (Dkt. No. 19), Judge Marrero directed the parties to resume settlement discussions with me as they were unable to consummate their settlement on their own. Accordingly, the parties are directed to advise the Court within 30 days of this Order when they wish to reschedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to call chambers at (212) 805-0250 with both sides on the line and coordinate with my deputy clerk, David Tam, to find a mutually convenient date for the parties and the Court.

     **SO ORDERED.**

Dated: November 13, 2019
       New York, New York

                                                      _____
                                                      JAMES L. COTT
                                                      United States Magistrate Judge