USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EMR GRAPHICS LLC,

                          Plaintiff,

        -v-

PHIL PARADISE,

                          Defendant.
---------------------------------------------------------------X

**ORDER**

19-CV-4004 (VM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's settlement conference, the parties are directed to continue settlement negotiations on their own and report to the Court regarding the status of their negotiations on **February 19, 2020** at **2:30 p.m.**[1] Counsel should contact chambers at (212) 805-0250 with both sides on the line, or alternatively provide a call-in number to the Court by emailing it to CottNYSDChambers@nysd.uscourts.gov.

        SO ORDERED.

Dated: February 11, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] Please note the change in time from 11:00 a.m. as discussed at the conference. The Court is not available at that time.