USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMR GRAPHICS LLC,

                Plaintiff,

        -v-

PHIL PARADISE,

                Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-4004 (VM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held a settlement conference on February 11, 2020, at the conclusion of which the parties agreed to continue settlement discussions. During a post-settlement conference call on February 21, 2020, the parties were directed to advise the Court of the status of their settlement discussions no later than February 28, 2020. To date, no update has been provided. Accordingly, the parties are hereby directed to file a letter on the docket forthwith reporting the status of their settlement discussions as they were required to do last week.

      **SO ORDERED.**

Dated: March 3, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge