USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 11, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
EMR IMAGING, LLC,                        :
                                         :
                    Plaintiff,           :    19 Civ. 4004 (VM)
                                         :
    - against -                          :    **ORDER**
                                         :
PHIL PARADISE,                           :
                                         :
                    Defendant.           :
---------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for Friday, January 15, 2021 at 3:00 p.m. is hereby canceled. The parties are hereby directed to inform the Court as to the outcome of the pending arbitration within three days of a decision.

**SO ORDERED.**

Dated:    New York, New York
          11 January 2021

                                              Victor Marrero
                                              U.S.D.J.