USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMR IMAGING, LLC, | ) |
| Plaintiff, | ) |
| - against - | ) Case No. 19-cv-4004-VM |
| PHIL PARADISE, | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL ACTION**

Plaintiff EMR Imaging, LLC ("plaintiff") having moved before this Court for an order confirming and entering judgment consistent with the Final Award of Arbitrator ("Final Award"), dated February 22, 2022, issued in an arbitration proceeding administered by the American Arbitration Association's ("AAA") Commercial Arbitration Tribunal before Hon. Harriet Derman (Ret.), as sole Arbitrator, styled <u>Plug Digital, LLC and Phil Paradise (Claimants), and EMR Graphics, LLC and EMR Imaging, LLC (Respondents)</u>, AAA Case No. 01-19-0001-4342 (the "Arbitration"), upon the parties' stipulation and agreement to stay this action in favor of arbitration; and

Defendant Phil Paradise having submitted no opposition to plaintiff's motion;

NOW, it is therefore ORDERED that plaintiff's motion for confirmation of the Final Award is GRANTED and the Final Award rendered in favor of plaintiff and against defendant is confirmed; and it is further

ORDERED and ADJUDGED that plaintiff shall have judgment and recover against defendant in the amount of $230,937.06, which includes $214,636.00 in damages and $16,301.06 in prejudgment interest through October 2, 2021, plus post-judgment interest at the rate of 1.15% per annum in accordance with 28 U.S.C. § 1961.
The Clerk of the Court is respectfully ordered to close the case.

This __18__ day of March, 2022.

                                                           Victor Marrero  
                                                          U.S.D.J.